**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CHI MEI OPTOELECTRONICS CORPORATION, a Taiwan Corporation, <br><br> Plaintiff, <br><br> v. <br><br> LG DISPLAY CO., LTD., a Korean Corporation, and LG DISPLAY AMERICA, INC., a California Corporation, <br><br> Defendants. | Civil Action No. 2:07-cv-00176-TJW <br><br> **JURY TRIAL DEMANDED** |
| LG DISPLAY CO., LTD., and LG DISPLAY AMERICA, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CHI MEI OPTOELECTRONICS CORPORATION; and CHI MEI OPTOELECTRONICS USA, INC., a Delaware Corporation, <br><br> Counterclaim Defendants. | **JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION FOR NAME CHANGES OF DEFENDANTS / <u>COUNTERCLAIM PLAINTIFFS AND TO AMEND THE CASE CAPTION</u>**

On this day the Court considered LG.Philips LCD Co., Ltd's and LG.Philips LCD America, Inc.'s Motion for Name Changes of Defendants / Counterclaim Plaintiffs and to Amend the Case Caption. After considering the Motion, the Court GRANTS the motion.

Accordingly, LG Display Co., Ltd. is the named defendant in this action and replaces LG.Philips LCD Co., Ltd. Also, LG Display America, Inc. is the named defendant in this action and replaces LG.Philips LCD America, Inc. The caption on future filings should reflect such change.

SIGNED this 24th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE